McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and VALERIE WEBER, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JASON SAUVE,<br><br>Respondent. | 2:08-mc-00064-MCE-GGH<br><br>**PETITIONERS' EX PARTE REQUEST TO CONTINUE SHOW-CAUSE HEARING**<br><br>Taxpayer: JACOR INCORPORATED<br><br>Date: Thursday, September 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Gregory G. Hollows<br>      (Crtrm. # 24, 8th Floor) |

Petitioners, the UNITED STATES OF AMERICA and Revenue Officer VALERIE WEBER, who are the only parties who have appeared in this case, hereby request that Judge Hollows continue the Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Thursday, July 10, 2008, to Thursday, September 25, 2008, at 10:00 a.m. The continuance is requested because this case is being reassigned from the United States Attorney's Office to the Department of Justice Tax Division, Civil Trial Section, Western Region, in Washington, D.C., to relieve AUSA Himel of some workload. To conserve scarce Tax Division travel funds, the requested date will allow the Tax Division trial attorney to appear for several tax summons enforcement hearings during the same week. The Tax Division attorney, when one is assigned to this case, will enter an appearance. A proposed Order is included should this request be granted.

PETITIONERS' EX PARTE REQUEST TO CONTINUE SHOW-CAUSE HEARING          Page 1

Dated: June 26, 2008                    McGREGOR W. SCOTT
                                        United States Attorney

                            By:    /s/ Y H T Himel
                                   YOSHINORI H. T. HIMEL
                                   Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Show Cause hearing in this case is CONTINUED from July 10, 2008, to Thursday, September 25, 2008, at 10:00 a.m. in Courtroom 24.

DATED: 06/30/08                         /s/ Gregory G. Hollows
                                        U.S. MAGISTRATE JUDGE

sauve.hg