IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
VALERIE WEBER, Revenue Officer,
Internal Revenue Service,

       Petitioners,                            MC. NO. S-08-0064 MCE GGH

  vs.

JASON SAUVE,

       Respondent.                  ORDER
_____/

       Previously pending on this court's calendar for September 25, 2008, was an order to show cause regarding the government's petition to enforce Internal Revenue Service summons. Caroline Newman appeared on behalf of the United States. Respondent Jason Sauve appeared in pro se. The government represented that respondent had produced much of the requested information. The government may renew its petition if it later finds that respondent has not substantially complied with the summons.

       Accordingly, IT IS ORDERED that: the show cause order of May 22, 2008 is vacated without prejudice.

DATED: 10/01/08                             /s/ Gregory G. Hollows
                                                U. S. MAGISTRATE JUDGE

GGH:076:USSauve0064.irs.wpd